# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RELAY IP, INC.<br><br>              Plaintiff,<br><br>    v.<br><br>THOMSON REUTERS FINANCE COMPANY, THOMSON REUTERS FINANCE INVESTMENTS INC., THOMSON REUTERS U.S.A. INC., and THOMSON REUTERS U.S. LLC,<br><br>              Defendants. | C. A. No. _____<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Relay IP, Inc. ("Relay IP") alleges the following for its complaint against Defendant Thomson Reuters Finance Company, Thomson Reuters Finance Investments Inc., Thomson Reuters U.S.A. Inc., and Thomson Reuters U.S. LLC (collectively "Defendants").

## THE PARTIES

1.  Plaintiff Relay IP, Inc. is a corporation formed under the laws of the state of Delaware having its principal place of business at 2331 Mill Road, Suite 100, Alexandria, VA 22314.

2.  Defendant Thomson Reuters Finance Company is a company organized under the laws of the state of Delaware with a principal office at 3 Times Square, New York, NY 10036. Defendant Thomson Reuters Finance Company may be served with process via its registered agent, The Prentice-Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

3. Defendant Thomson Reuters Finance Investments Inc. is a corporation organized under the laws of the state of Delaware with a principal office at 3 Times Square, New York, NY 10036. Defendant Thomson Reuters Finance Investments Inc. may be served with process via its registered agent, The Prentice-Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

4. Defendant Thomson Reuters U.S.A. Inc. is a corporation organized under the laws of the state of Delaware with a principal office at 3 Times Square, New York, NY 10036. Defendant Thomson Reuters U.S.A. Inc. may be served with process via its registered agent, The Prentice-Hall Corporation System, Inc., 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

5. Defendant Thomson Reuters U.S. LLC is a limited liability company organized under the laws of the state of Delaware with a principal office at 3 Times Square, New York, NY 10036. Defendant Thomson Reuters U.S. LLC may be served with process via its registered agent, Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE 19808.

**JURISDICTION AND VENUE**

6. This is a patent infringement action. The Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1338.

7. The Court has personal jurisdiction over Defendants, as they are incorporated in this State.

8. Venue is proper in this District pursuant to 28 U.S.C. §§1391(b)-(c) and §1400(b), because Defendants reside in this District.

## COUNT ONE
## <u>INFRINGEMENT OF U.S. PATENT NO. 5,331,637</u>

9. On July 19, 1994, U.S. Patent No. 5,331,637 (the "'637 Patent") entitled "Multicast Routing Using Core Based Trees" was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '637 Patent is attached as Exhibit A hereto.

10. Plaintiff Relay IP is the sole and exclusive owner of all right, title, and interest in the '637 Patent and holds the exclusive right to take all actions, including the filing of this patent infringement lawsuit, necessary to enforce its rights to the '637 Patent. Relay IP also has the right to recover all damages for past, present, and future infringement of the '637 Patent and to seek injunctive relief as appropriate under the law.

11. Defendants have infringed and continue to directly infringe one or more claims of the '637 Patent, including at least Claim 1, by using the method claimed in providing data and/or data feeds via distribution network(s), including but not limited to Thomson Reuters Elektron Hosting, which practice the Protocol Independent Multicast-Sparse Mode standard ("PIM-SM:) for multicast routing.[1] In practicing the PIM-SM standard, Defendants directly infringe one or more claims of the '637 Patent, including at least Claim 1. Defendants' act of practicing the PIM-SM standard constitutes infringement under 35 U.S.C. §271 for which it is directly liable.

12. As a result of Defendants' infringement, Plaintiff Relay IP has been damaged monetarily and is entitled to adequate compensation of no less than a reasonable royalty pursuant to 35 U.S.C. § 284.

---

[1] *See, e.g.*, RFC 4601 at http://tools.ietf.org/html/rfc4601.

## JURY DEMAND

Plaintiff requests a jury on all issues so triable.

## PRAYER

WHEREFORE, Plaintiff respectfully requests that the Court:

A. Enter judgment that Defendants have infringed, either literally or by equivalents, the '637 Patent;

B. Award Plaintiff damages for Defendants' infringement in an amount to be determined at trial, including enhanced damages, costs, and pre and post-judgment interest; and

C. Award any other relief deemed just and proper.

May 3, 2013

OF COUNSEL:

Paul V. Storm
Sarah M. Paxson
GARDERE WYNNE SEWELL LLP
1601 Elm Street, Suite 3000
Dallas, Texas  75201
(214) 999-3000
pvstorm@gardere.com
spaxson@gardere.com

BAYARD, P.A.

 /s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE  19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Attorneys for Plaintiff Relay IP, Inc.*